# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

PRO SE

JONATHAN JERRY ROMAN KUJAK
   Plaintiff

VS.

Http://www.MNCIS.COM
   Defendant(s).

Case No. 13cv786 JNE/JJK
(To be assigned by Clerk of DISTRICT COURT)

DEMAND FOR JURY TRIAL

## COMPLAINT

Yes ☒   No ☐

PARTIES

1. Name, adress, and telephone number.
   a. Plaintiff

NAME: JONATHAN JERRY ROMAN KUJAK
STREET ADRESS: 3032 TYLER ST
COUNTY, CITY: HENNIPENN, MINNEAPOLIS
STATE, ZIP: MINNESOTA, 55418
PHONE NO.: 612-323-1286
SOCIAL SECURITY NO.: 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

RECEIVED
13 APR -4 PM 3:46
CLERK, U.S. DIST. COURT
MINNEAPOLIS, MN

SCANNED
APR 04 2013
U.S. DISTRICT COURT MPLS

a. LIST all defendants

q. DEFENDANT NO. 1

NAME HTTP://WWW.MNCIS.COM

STREET ADRESS 300 SOUTH 6th ST

COUNTY HENNIPENN, MINNEAPOLIS
CITY

STATE MINNESOTA

ZIP 55487-0001

# JURISDICTION

3. ☐ FEDERAL QUESTION
   ☒ DIVERSITY OF CITIZENSHIP

4. FEDERAL CONSTITUTIONAL

5. Plaintiff Name:
   JONATHAN JERRY ROMAN KUJAK
   STATE OF CITIZENSHIP:
   MINNESOTA CITIZEN
   DEFENDANT NO 1:

   HTTP://WWW.MNCIS.COM
   STATE OF CITIZENSHIP
   MINNESOTA CORPERATION

6. ☒ DEFENDANTS RESIDE IN MINNES
   ☒ FACTS ALLEGED OCCURED IN MINNESOT

7. I KNOW I HAVE a COMMON LAW COPYRIGHT and COMMON LAW TRADEMARK for "JONATHAN JERRY ROMAN KUJAK" IN Conjunction with "11/15/1981". I know I HAVE USED these COMMON LAW COPYRIGHT and TRADEMARK FOR 24 years. I know these are private and exclusively not for public or private use except by the rightful owner

REQUEST FOR RELIEF

REMOVE AND discontinue use of MY COMMON LAW COPYRIGHT and COMMON LAW TRADEMARK.

$7,000,000.00

Signed this 2nd day of APRIL 2013

Signature of Plaintiff

*Mailing Address

telephone

Social Security NO