UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Jonathan Jerry Roman Kujak,                     Civil No. 13-786 (JNE/JJK)

    Petitioner,

v.                                              **ORDER**

Http://www.MNCIS.com,

    Defendant.

_____

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated April 5, 2013. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Plaintiff's application for leave to proceed in forma pauperis, (Docket No. 2), is **DENIED**; and

2. This action is summarily **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 7, 2013

s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge