✎AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Jonathan Jerry Roman Kujak,

    Plaintiff,

**JUDGMENT IN A CIVIL CASE**

V.

Case Number: 13-786 JNE/JJK

Http://www.MNCIS.com,

    Defendant,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. Plaintiff's application for leave to proceed in forma pauperis, (Docket No. 2), is **DENIED**; and
2. This action is summarily **DISMISSED** pursuant to 28 U.S.C. ' 1915(e)(2)(B)(ii).

| May 7, 2013 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/ J. Midtbo |
| | (By)     J. Midtbo   Deputy Clerk |