I Affirm that the following is true.

I Know that I am a permanent Nonnegotiable instrumen

I Know that I did not and do never authorize any Uses of power of Attorney over any Person including Myself because it is unethical and unconstitutional in pursuant to the Constitution of the United States of America

I order this effective immediatly,

SCANNED
OCT - 4 2013
U.S. DISTRICT COURT MPLS



C R TM
2013 JONATHAN KUJAK
All Right exclusively reserved
IN pursuant to the Constitution of
the United States of America

IN pursuant to the Constitution of the United States of America, All rights exclusively reserved 2013 ©®TM

This The 3rd day of october 2013

X _____

JONATHAN JERRY ROMAN KUJA
PRESIDENT and executor

RECEIVED
BY MAIL

OCT 04 2013

CLERK, US DISTRICT COURT
MINNEAPOLIS, MN